IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00116-MR-WCM

| | |
|---|---|
| RACHEL J. HENSLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART ASSOCIATES, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

This matter is before the Court on a Joint Motion for Entry of Joint Stipulation for Forensic Examination Protocol (Doc. 26).

The Motion is **GRANTED**, and the parties' proposed procedures (Doc. 26-1) for the imaging, searching, and inspection of electronic devices in connection with Defendant's Rule 34 Requests to Plaintiff for Inspection of Tangible Things are **ENDORSED**.

It is so ordered.

Signed: September 15, 2023

W. Carleton Metcalf
United States Magistrate Judge